IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JORDAN ANTHONY HUGHES,                           *

                Petitioner,                   *

v.                                                 Case No.  5:25-CV-435-CAR-ALS

                                     *

STATE OF GEORGIA,                                *

                Respondent.                   *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated 4/27/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of April, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk